IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00012-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY HARRIS,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

At the request of both counsel, a Change of Plea hearing is set for **March 24, 2006 at 11:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon on March 22, 2006</u>.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **<u>The original and one copy</u> of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (***see*** D.C.COLO.LCrR 11.1F).**

    DATED:  February 10, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge