IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00012-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY HARRIS,

    Defendant.

## ORDER TO RESCHEDULE CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*. The change of plea hearing currently set for March 24, 2006 is RESCHEDULED for **April 3, 2006 at 9:00 a.m.**

    DATED: March 3, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge