IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00012-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY HARRIS,

    Defendant.

---

## ORDER TO CONTINUE SENTENCING

Defendant's Unopposed Motion to Continue Sentencing (Dkt. # 17) is GRANTED. It is hereby ORDERED that the sentencing in this matter currently set for June 26, 2006 is CONTINUED to **August 29, 2006 at 8:30 a.m.**

    DATED: June 9, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge