IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00012-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ANTHONY HARRIS,

        Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court shall issue a writ to the United States Marshal requiring the United States Marshal to produce Anthony Harris, now confined at the El Paso County Jail, Colorado Springs, Colorado, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charge of supervised release violation and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and there-after to return the defendant to the institution where he is now confined.

Dated at Denver, Colorado, this 17th day of July 2008.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              Chief United States District Judge